15 FEB 19 AM 8:06

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14cr3687-WQH-GT |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| ANTONIO MOYA-VALDEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 18, 2015

_____
HONORABLE WILLIAM Q. HAYES
United States District Judge